UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

VERSANT POWER, et al.,

      Plaintiffs,

      v.

WILLIAM J. SCHNEIDER, et al.,

      Defendants.

Civ. No. 1:23-cv-00451-NT

**Plaintiffs' Opposition To Protect Maine Elections' Motion
To Participate As *Amicus Curiae* Plus**

Plaintiffs Versant Power and ENMAX Corporation hereby oppose, in part, Protect Maine Elections' Motion To Participate As *Amicus Curiae* Plus (the "Amicus Plus Motion.") ECF No. 15.

This action is one of four separate actions[1] (the "Related Cases") brought against the same defendants challenging the constitutionality of An Act to Prohibit Campaign Spending by Foreign Governments and Promote An Anticorruption Amendment to the United States Constitution. Protect Maine Elections has filed the Amicus Plus Motion in each of the Related Cases. Plaintiff Central Maine Power has filed an opposition to the Amicus Plus Motion (the "Opposition"). *Central Maine Power Company v. Maine Commission on Governmental Ethics and Election Practices et al.,* Docket No. 1:23-cv-00451-NT, ECF No. 16.

---

[1] Those other actions are: (1) *Central Maine Power Company v. Maine Commission on Governmental Ethics and Election Practices et al.*, Docket No. 1:23-cv-00451-NT, (2) *Maine Press Association et al. v. Maine Commission on Governmental Ethics and Election Practices et al.*, Docket No. 1:23-cv-452-NT, and (3) *Pringle et al. v. Frey et al.*, Docket No. 1:23-cv-00453-NT.

Plaintiffs Versant Power and ENMAX Corporation adopt, as if fully incorporated herein, the Opposition and hereby oppose the Amicus Plus Motion on the same terms and request the same relief as set forth in the Opposition.

Good cause supports such adoption and incorporation of the Opposition in lieu of Plaintiffs filing their own separate opposition to the Amicus Plus Motion filed by Protect Maine Elections in this action. The Parties have moved to consolidate these actions, *Id.,* ECF No. 17, but they have not been formally consolidated at this time. In the absence of consolidation, this streamlined approach saves the resources of both the Parties and Court. Likewise, Versant Power and ENMAX have no objection to Protect Maine Elections filing a single reply in support of the Amicus Motion.

For these reasons, and the reasons set forth in the Opposition, Versant Power and ENMAX Corporation respectfully request that the Court: (1) deny the Amicus Plus Motion, to the extent that it requests the opportunity to submit evidence and (2) specify that Protect Maine Elections must submit any amicus brief, limited to 35 pages, by January 12, 2024.

Dated: January 5, 2024                                  Respectfully submitted,

                                                        /s/John A. Woodcock IIII
                                                        Paul McDonald
                                                        John A. Woodcock III
                                                        BERNSTEIN SHUR
                                                        100 Middle Street
                                                        P.O. Box 9729
                                                        Portland, ME  04104
                                                        207-774-1200
                                                        pmcdonald@bernsteinshur.com
                                                        jwoodcock@bernsterishur.com